# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

ROBERT LELLOCK,

Petitioner

No. 172 WAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.